UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 04-463 (01)(RHK) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| EVELYN JEANETTE JOHNSON | ) | |
| | ) | |
| Defendant. | ) | |

The Defendant's Motion for Extension of Time is **GRANTED**. The Court ORDERS as follows:

Defendant's Position Pleadings shall be filed with the Clerk of Court by August 30, 2005.

Dated:   August 23, 2005

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge