UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 04-463(1) (RHK) |
| Plaintiff, | **ORDER** |
| v. | |
| EVELYN JEANETTE JOHNSON, | |
| Defendant. | |

_____

Defendant's Motion to Extend Voluntary Surrender Date (Doc. No. 93) is **DENIED**.

Dated : December 7, 2005

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge